IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAULINE K. FROMAN,

    Petitioner,

-vs-

WARDEN CROSS

    Respondent.                                                     No. 13-cv-572-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 18, 2013, the Petition for Writ of Habeas Corpus is **DENIED.** Petitioner's case is dismissed for failure to exhaust her administrative remedies, however, in the alternative, the Court considered the merits of her case as well and determined that her case failed on that basis too.

    **DATED: July 18, 2013**

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                BY:  s/*Sara Jennings*
                                          Deputy Clerk

Digitally signed by David R. Herndon
Date: 2013.07.18 15:15:35 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT